IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARQUIS RASHAD THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-599-WHA-CSC |
| | ) | |
| DONALD VALENZA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on April 25, 2022. Doc. 24. The Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to file a response to Defendants' Special Report and Answer ("SRA"). *Id.* Plaintiff's objections were due by May 9, 2022. *Id.* at 2. Plaintiff has not filed objections to the Recommendation.

On May 16, 2022, the Recommendation was returned to the Court as undeliverable. However, there is no indication in the record that Plaintiff did not receive the Court's February 16, 2022 Order to file a response to the SRA. *See* Doc. 23. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

1

Done, this 17th day of May 2022.

                                             /s/ W. Harold Albritton  
                                             W. HAROLD ALBRITTON  
                                             SENIOR UNITED STATES DISTRICT JUDGE